UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LEROY WILLIAMS BEY,

    Plaintiff,

v.

RISK MANAGEMENT DIVISION,

    Defendant.

CASE NO. C11-5873-RBL-JRC

ORDER ADOPTING A REPORT AND RECOMMENDATION

The Court having reviewed the Report and Recommendation of the Hon. J. Richard Creatura, United States Magistrate Judge, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and Order:

(1) The Court adopts the Report and Recommendation; and

(2) The motion to proceed in forma pauperis is denied pursuant to 28 U.S.C. 1915 (g). Plaintiff has thirty days to pay the full filing fee or this action will be dismissed with prejudice.

DATED this 21st day of November, 2011.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER ADOPTING A REPORT AND
RECOMMENDATION - 1