HONORABLE RONALD B. LEIGHTON

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LEROY WILLIAMS BEY, | CASE NO. C11-5873 RBL |
| Plaintiff, | ORDER |
| v. | |
| RISK MANAGEMENT DIVISION, | |
| Defendant. | |

THIS MATTER comes on before the above-entitled court upon Plaintiff's Motion to Proceed *In Forma Pauperis* [Dkt. #8].  Having considered the entirety of the records and file herein, the Court finds and rules as follows:

On November 21, 2011, this Court entered an Order Adopting the Report and Recommendation [Dkt. #7] denying Plaintiff's first Motion to Proceed *In Forma Pauperis*.  The Motion was denied pursuant to 28 U.S.C. § 1915(g) because on "three or more occasions Plaintiff has had cases dismissed for failure to state a claim or as frivolous."  [Report and Recommendation, Dkt. #4, p. 2].  To the extent this current Motion is a Motion for Reconsideration, the Motion to Proceed *In Forma Pauperis* [Dkt. #8] is **DENIED**.  CR 7(h), Local Rules W.D. Wash.

ORDER- 1

1    **IT IS SO ORDERED.**

2        The Clerk shall send uncertified copies of this order to all counsel of record, and to any

3  party appearing pro se.

4        Dated this 8th day of December, 2011.

5

6        _____
         RONALD B. LEIGHTON
7        UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER- 2