HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LEROY WILLIAMS BEY, <br><br> Plaintiff, <br><br> v. <br><br> RISK MANAGEMENT DIVISION, <br><br> Defendant. | CASE NO. C11-5873 RBL <br><br> ORDER |

THIS MATTER comes on before the above-entitled court upon Plaintiff's Motion to Proceed *In Forma Pauperis* [Dkt. #8]. Having considered the entirety of the records and file herein, the Court finds and rules as follows:

On November 21, 2011, this Court entered an Order Adopting the Report and Recommendation [Dkt. #7] denying Plaintiff's first Motion to Proceed *In Forma Pauperis*. The Motion was denied pursuant to 28 U.S.C. § 1915(g) because on "three or more occasions Plaintiff has had cases dismissed for failure to state a claim or as frivolous." [Report and Recommendation, Dkt. #4, p. 2]. To the extent this current Motion is a Motion for Reconsideration, the Motion to Proceed *In Forma Pauperis* [Dkt. #8] is **DENIED**. CR 7(h), Local Rules W.D. Wash.

ORDER- 1

**IT IS SO ORDERED.**

The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing pro se.

Dated this 8th day of December, 2011.

_Ronald B. Leighton_
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE